■ BARBRO SHOPSIN, Respondent, v SIBEN & SIBEN et al., Appellants. [624 NYS2d 870] —In an action to recover damages for legal malpractice, the defendants appeal from an order of the Supreme Court, Suffolk County (Werner, J.), entered October 18, 1993, which denied their motion for an order directing the plaintiff to furnish them with a duly executed authorization to review the Nassau County clerk's file of the matrimonial action entitled *Shopsin v Shopsin.*

Ordered that the order is affirmed, with costs.

The speculative assertions made by the defendants in support of their motion failed to establish a sufficient nexus between their claimed defenses and the marital proceedings to overcome the statutory protection accorded to testimony and pleadings in a matrimonial action *(see,* Domestic Relations Law § 235; *Harvey v Mazal Am. Partners,* 179 AD2d 1, 9). Balletta, J. P., Santucci, Altman and Hart, JJ., concur.

■ DEWAYNE SMITH, Appellant, v JOHN NANASI et al., Respondents. [624 NYS2d 871] —In an action to recover damages for personal injuries, the plaintiff appeals from an order of the Supreme Court, Kings County (Held, J.), dated October 18, 1993, which denied his motion to restore the matter to the court's calendar.

Ordered that the order is affirmed, with one bill of costs to the respondents 1800 Property Co. and Parkway Realty Associates.

The plaintiff failed to move to restore the action to the Supreme Court's calendar of active cases within one year of its being marked off that calendar, and it was dismissed pursuant to CPLR 3404. Since the plaintiff has failed to show a justification for the delay, lack of prejudice, and a meritorious cause of action, he is not entitled to be relieved of the dismissal *(see, Mamet v Mamet,* 132 AD2d 479; *Fluman v TSS Dept. Stores,* 100 AD2d 838). Sullivan, J. P., Miller, Copertino, Joy and Friedmann, JJ., concur.